

COURT OF APPEALS EIGHTH
DISTRICT OF TEXAS EL PASO,
TEXAS

| | | |
|---|---|---|
| SAN ANTONIO WATER SYSTEM, AN AGENCY OF THE CITY OF SAN ANTONIO, | § | No. 08-23-00123-CV |
| | § | Appeal from the |
| Appellant, | § | 225th Judicial District Court |
| v. | § | of Bexar County, Texas |
| THE GUARANTEE COMPANY OF NORTH AMERICA USA, | § | (TC# 2023CI04528) |
| Appellee. | § | |

## MEMORANDUM OPINION ON REMAND

In our original opinion in this case, issued January 3, 2024, we reversed the trial court's order denying San Antonio Water System's (SAWS) plea to the jurisdiction and rendered judgment granting SAWS's plea to the jurisdiction and dismissed with prejudice all of the Guarantee Company of North America USA's counterclaims against SAWS, with the exception of the breach-of-contract claim based on SAWS's alleged failure to pay the balance due for labor, materials, goods, and services that Thyssen delivered to the project for SAWS's benefit. Following the issuance of our opinion, a petition for review was filed in the Texas Supreme Court. Sometime thereafter, the parties reached a settlement agreement. Pursuant to the settlement agreement, the Texas Supreme Court granted the petition for review and without reference to the merits, reversed the judgment of this Court, and remanded the cause for rendition of judgment pursuant to the parties' settlement agreement.

On August 19, 2024, the parties filed a joint motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B) asking this Court to remand the cause for further proceedings in accordance with settlement. The motion is GRANTED. We hereby set aside the trial court's order without regard to the merits and remand the case to the trial court to enter an agreed final judgment pursuant to the terms of the parties' settlement. Tex. R. App. P. 42.1(a)(2)(B). Pursuant to the parties' request, mandate shall issue immediately. *Id.* 18.1(c).

SANDEE BRYAN MARION, Chief Justice (Ret.)

September 13, 2024

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)